IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANTHONY MARCOS CHADWELL, Defendant. | CR 20-25-BLG-SPW-5 ORDER |

Upon the United States' Motion for Leave to File Plea Agreement Under Seal (Doc. 167), and for good cause being shown,

IT IS HEREBY ORDERED that the United States' Motion for Leave to File Plea Agreement Under Seal (Doc. 167) is **GRANTED**. The Clerk of Court is directed to file the Plea Agreement under seal.

DATED this 20th day of July, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1